JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Benjamin Sampan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN SAMPAN, | CASE NO.: 2:23-cv-01992-CDS-NJK |
| Plaintiff | **JOINT STIPULATION AND ORDER FOR STAY** |
| vs. | **(FIRST REQUEST)** |
| SYNERGY USA LLC, et al., | |
| Defendants | |

Pursuant to Local Rule ("Local Rule") IA 6-1, LR IA 6-2 and LR 7-1, Benjamin Sampan ("Plaintiff"), and ALL Defendants, by and through their respective undersigned counsel, hereby stipulate and agree to stay the current proceedings by 45 days, effective April 30, 2024. This is the first stipulation for a stay by the parties and is not being done for the purpose of delay.

…

…

…

1

The parties have reached a settlement in this matter which requires the submission and receipt of documents from a third party. The parties are confident the exchange of required documents can occur within 45 days, after which the parties will submit a Joint Stipulation to Dismiss. The Joint Stipulation to Dismiss would be filed no later than June 14, 2024.

Respectfully submitted this 29th day of April 2024.

| /s/   Victoria L. Neal | /s/   Dylan J. Lawter |
|---|---|
| James P. Kemp, Esq.<br>Nevada Bar No.: 6375<br>, Esq.<br>Nevada Bar No.: 13382<br>KEMP & KEMP<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV  89130<br><br>Attorneys for Plaintiff<br>*Benjamin Sampan* | Evan L. James, Esq.<br>Nevada Bar No.: 7760<br>Daryl E. Martin, Esq.<br>Nevada Bar No.:  6735<br>Dylan J. Lawter,<br>Nevada Bar No.:  15947<br>CHRISTENSEN JAMES & MARTIN, CHTD.<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorneys for ALL Defendants* |

IT IS HEREBY ORDERED that the joint stipulation to stay this case pending settlement [ECF No. 15] is GRANTED. A stipulation of dismissal—or a joint status report addressing the status of settlement—must be filed by June 14, 2024. All other pending deadlines are vacated.

Dated: April 30, 2024

_____
Cristina D. Silva
United States District Judge