JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Benjamin Sampan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN SAMPAN,<br><br>                Plaintiff<br><br>vs.<br><br>SYNERGY USA LLC, *et al*.,<br><br>                Defendants | **CASE NO.: 2:23-cv-01992-CDS-NJK**<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE** |

Plaintiff Benjamin Sampan and Defendants Synergy USA LLC, et al., by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against all Defendants, is hereby dismissed with prejudice as to future action, with the

…

…

…

…

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this 14th day of July 2024.

| | |
|---|---|
| /s/  Victoria L. Neal- | /s/      Dylan J. Lawter |
| James P. Kemp, Esq. | Evan L. James, Esq. |
| Nevada Bar No.: 6375 | Nevada Bar No.: 7760 |
| Victoria L. Neal, Esq. | Daryl E. Martin, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.:  6735 |
| KEMP & KEMP | Dylan J. Lawter, Esq. |
| 7435 W. Azure Drive, Suite 110 | Nevada Bar No.:  15947 |
| Las Vegas, NV  89130 | CHRISTENSEN JAMES & MARTIN, CHTD. |
| | 7440 W. Sahara Avenue |
| | Las Vegas, NV 89117 |
| Attorneys for Plaintiff | |
| *Benjamin Sampan* | *Attorneys for ALL Defendants* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2024

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983